People v Johnson (2024 NY Slip Op 51200(U))

[*1]

People v Johnson (Jennifer)

2024 NY Slip Op 51200(U) [83 Misc 3d 136(A)]

Decided on August 30, 2024

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 30, 2024
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, P.J., MARINA CORA MUNDY, LISA S.
OTTLEY, JJ

2022-834 Q CR

The People of the State of New
York, Respondent,
against
Jennifer Johnson, Appellant. 

Appellate Advocates (Joshua M. Levine of counsel), for appellant.
Queens County District Attorney (Johnnette Traill and Amanda Iannuzzi of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Queens
County (Joanne B. Watters, J.), rendered September 13, 2022. The judgment convicted
defendant, upon a plea of guilty, of petit larceny, and imposed sentence. Assigned
counsel has submitted a brief in accordance with Anders v California (386 US 738
[1967]).

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned
counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an
independent review of the record, we conclude that there are no nonfrivolous issues
which could be raised on appeal. Counsel's application for leave to withdraw as counsel
is, therefore, granted (see id.; People v Murray, 169 AD3d 227 [2019];
Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige,
54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
TOUSSAINT, P.J., MUNDY and OTTLEY, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 30, 2024